UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN - 8 2025

RECEIVED

2 JANUARY 2025

Case # 24-1370

United States Court of Appeals for the District of Columbia

| | | |
|---|---|---|
| Mark Allan Edwards | ) | |
| Petitioner | ) | |
| | ) | OPPOSITION TO THE UNITED |
| | ) | STATES POSTAL SERVICES MOTION |
| Postal Regulatory Commission, | ) | TO DISMISS THE UNITED STATES |
| United States Post Service, | ) | POSTAL SERVICE AS A RESPONDENT |
| Respondents | ) | AND TO INTERVENE |

The Petitioner opposes the United States Postal Service's (USPS) motion to dismiss them as a respondent and intervene. An intervenor is not party to the original case and the USPS is the originator cause for this complaint and has been involved in all proceedings in this case. Additionally, if a remedy is granted USPS will be the US Agency responsible for the remedy.

Mark Allan Edwards

208 Celtic Lane

Clayton, GA 30525

wandyryr@aol.com

703-439-0949

Pro Se