# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
———————

**No. 24-1370**                    **September Term, 2024**

**PRC-C2023-6**

**Filed On:** April 14, 2025

Mark Allen Edwards,
      Petitioner

    v.

Postal Regulatory Commission and United
States Post Office,
      Respondents


**BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss the United States Postal Service ("USPS") as a respondent and to intervene, the opposition thereto, and the reply; and the motion for summary reversal and the oppositions thereto, it is

**ORDERED** that the motion to dismiss USPS as a respondent be granted. Petitioner has not shown that USPS is a proper respondent in a case challenging an order of the Postal Regulatory Commission. See 39 U.S.C. § 3663. It is

**FURTHER ORDERED** that USPS's motion to intervene be granted. See Fed. R. App. P. 15(d). It is

**FURTHER ORDERED** that the motion for summary reversal be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Cascade Broadcasting Group, Ltd. v. FCC, 822 F.2d 1172, 1174 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is directed to enter a briefing schedule.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk