# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1370**

**September Term, 2025**

**PRC-C2023-6**

**Filed On:** November 19, 2025

Mark Allan Edwards,

       Petitioner

    v.

Postal Regulatory Commission,

       Respondent

------------------------------

United States Post Office,
       Intervenor

      **BEFORE:**    Henderson*, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the briefs filed by the parties, it is

**ORDERED**, on the court's own motion, that

Jeffrey Sandberg
Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001-4956

a member of the Bar of this court, be appointed as amicus curiae to present arguments in favor of petitioner's position that amicus determines are potentially meritorious.  The court has concluded that it is in the court's interest to appoint amicus.  See D.C. Circuit Handbook of Practice and Internal Procedures 26 (2025).

* Circuit Judge Henderson would deny the petition for review pursuant to D.C. Circuit Rule 34(j).

<h1 style="text-align:center">United States Court of Appeals</h1>

<strong>FOR THE DISTRICT OF COLUMBIA CIRCUIT</strong>

_____

**No. 24-1370**                                    **September Term, 2025**

The Clerk is directed to enter a schedule for the rebriefing of this case and to calendar the case for presentation to a merits panel.

<strong><u>Per Curiam</u></strong>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

**By:**   /s/
Selena R. Gancasz
Deputy Clerk